UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:14cv336 (WOB-MRM)

WILLIAM STRINGER                                                PETITIONER

VS.                                    JUDGMENT

WARDEN, HOCKING
CORRECTIONAL FACILITY                                           RESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #11), and having considered *de novo* those objections filed thereto by Petitioner (Doc. #13), and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #11) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #3), is **DISMISSED** with prejudice as barred by procedural default. A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would be objectively frivolous and petitioner therefore should not be permitted to proceed *in forma pauperis*.

This 12th day of August, 2015.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge